UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL A. BERNATH,
    Plaintiff,

                                          CASE NO.    2:15-CV-00358-UA-CM

v.

MARK CAMERON SEAVEY,
    Defendant.
_____/

## NOTICE OF SERVICE OF INITIAL DISCLOSURES OF THE AMERICAN LEGION

COMES NOW the Intervenor-Defendant, THE AMERICAN LEGION, by and through its undersigned attorneys, and gives notice that its initial disclosure required by Federal Rule of Civil Procedure 26(a)(1)(A) was served on the Plaintiff, DANIEL A. BERNATH, together with a copy of this notice, on this 12th day of May, 2016.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document by email and first-class mail to the following non-CM/ECF participant:

    Daniel A. Bernath
    1319 Kingswood Court
    Fort Myers, Florida 33919
    ussyorktowncvs10@yahoo.com

    PAVESE LAW FIRM
    Local Counsel for The American Legion
    P.O. Drawer 1507
    Fort Myers, Florida 33902-1507
    Telephone: (239) 336-6253
    Facsimile: (239) 332-2243

    By: /s/ Eric D. Molina
        Eric D. Molina
        Florida Bar No. 0528021
        ericmolina@paveselaw.com