UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL A. BERNATH,

    Plaintiff,

v.                                               Case No:  2:15-cv-358-FtM-99CM

MARK CAMERON SEAVEY,

    Defendant.
_____/

## **OPINION AND ORDER**[1]

This matter comes before the Court on Defendants Mark Cameron Seavey and The American Legion's Motions for Summary Judgment (Doc. 177; Doc. 178) filed on March 9, 2017.  The Court denies without prejudice Defendants' motions because they do not comply with the Court's procedure on a motion for summary judgment.  All civil motions and cross-motions must include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than *twenty-five (25)* pages. See M.D. Fla. Local R. 3.01 (emphasis added).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Here, Defendants have attached their Statements of Material Facts as exhibits. (Doc. 177-1; Doc. 178-2).  This is not in compliance with the local rules.  Defendants must include the Statement of Material Facts section in the Motion for Summary Judgment and comply with the twenty-five (25) page requirement.  Should the twenty-five (25 pages be insufficient for the Defendants to address the issues in this case, they may petition the Court to file a document in excess of the page limit. However, at this time, the Court denies both Motions without prejudice.

Accordingly, it is now

**ORDERED:**

Defendants Mark Cameron Seavey and The American Legion's Motions for Summary Judgment (Doc. 177; Doc. 178) are **DENIED without prejudice**.  Defendants may file an amended motion for summary judgment that complies with the Court's procedures on or before **March 20, 2017**.  Plaintiff Daniel A. Bernath may file a response thereto within **fourteen (14) days** of service of Defendants' amended motions for summary judgment.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of March, 2017.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record