UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL A. BERNATH,

    Plaintiff,

v.                                           Case No:   2:15-cv-358-FtM-38CM

MARK CAMERON SEAVEY,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion to Strike All Pages Over 20 by Legion and Seavey in Damages Memorandum (Doc. 241) filed on June 12, 2017. Defendants filed a response in opposition. Doc. 243.

On May 18, 2017, the Court entered summary judgment in favor of Defendants, but withheld entry of final judgment pending a determination of damages. Doc. 227 at 28-29. The Court directed each Defendant to separately "file a memorandum, not to exceed ten (10) pages, on the appropriate award of damages." *Id.* Each Defendant timely filed a memorandum limited to ten pages. Docs. 232-233. Each memorandum contained exhibits as supporting evidence in the form of affidavits, invoices, and so forth. *Id.* Upon review of the memoranda and the supporting exhibits, the Court finds that the memoranda comply with the Court's page limitation; the exhibits are not an extension of the memoranda so as to violate the page limitation.

ACCORDINGLY, it is hereby

**ORDERED:**

Motion to Strike All Pages Over 20 by Legion and Seavey in Damages memorandum (Doc. 241) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of June, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record