UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL A. BERNATH,

    Plaintiff,

v.                                               Case No: 2:15-cv-358-FtM-38CM

MARK CAMERON SEAVEY,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on *pro se* Plaintiff Daniel A. Bernath's Opposition to Suppression Pre-Publication "100 Years of Treason, Sexual Predators/Child Molesting, Donation Thefts and Betrayal by the American Legion" (Doc. 299) and Supplement to Opposition Magistrate Recommendation (Doc. 300). A careful review of both filings show that they offer nothing more than the same rants and raves that Bernath has launched against Defendants American Legion and Mark Seavey since he filed this case two years ago. The Court, once again, has liberally considered his allegations and found them to be meritless.

At this stage, the Court will not accept future filings in this case because the undersigned has dismissed Bernath's claims and entered judgment. It has also declared Bernath to be a vexatious litigant. The Court's scarce judicial resources cannot be further

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

expended on this closed case. The Court, therefore, **WARNS** Bernath that it will not accept any future filings in this case that are not identified as a "Notice of Appeal."

Accordingly, it is now

**ORDERED:**

The Clerk of Court is **DIRECTED** to reject any future filing in this case that is not identified as a "Notice of Appeal." In the event of a rejected filing, the Clerk must make a notation on the docket containing the date of the attempted filing and indicating that the filing was rejected pursuant to this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of December 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record